No. 572. Counselman, Executrix, v. Pritzer. December 9, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Colum-

bia denied. *Mr. James F. Reilly* for petitioner. *Mr. Aubrey St. C. Wardwell* for respondent.